JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANZHI MENG,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID M. RADEL,<br><br>        Defendant. | Case No. 8:24-cv-02321-JWH-KESx<br><br>**JUDGMENT** |

Pursuant to the (In Chambers) Order [ECF No. 9] entered on or about January 13, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: February 3, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE